UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2023 DEC -4 PM 3:05
CLERK
U.S. BANKRUPTCY C...
SOUTH... CALIF

| | |
|---|---|
| TO: | CLERK, BANKRUPTCY COURT |
| DATE: | 11/29/2023 |
| DEBTOR: | EARLENE A. ADAMS |
| CH13 CASE NO: | 19-01787 |
| ASSIGNED JUDGE: | Honorable Christopher Latham |
| AMOUNT: | $450.12 |

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| US Department of Education<br>%FedLoan Servicing<br>Box 790234<br>St Louis MO 63179 | $450.12 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Sunao Tashima

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

cc: AHREN TILLER
    1230 COLUMBIA ST., STE 1100
    SAN DIEGO CA 92101