| | |
|---|---|
| MICHAEL KOCH, TRUSTEE #131892<br>402 West Broadway, Suite 1450<br>San Diego, CA 92101-8544<br>(619) 338-4006  FAX (619) 239-5242 | FILED<br>2024 NOV 01  PM 1:48     34987<br>CLERK<br>U.S. BANKRUPTCY CT.<br>SO. DIST. OF CALIF. |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re:<br><br>EARLENE A. ADAMS<br><br>3930 KRISTINA LYNN AVENUE<br>NORTH LAS VEGAS, NV 89081-0000<br><br>Debtor. | Chapter 13<br><br>Bankruptcy Case No. 19-01787-CL13<br><br>UNDISTRIBUTED FUNDS |

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:

> CLERK OF COURT
> OR MUFG UNION BANK NA
> BOX 85443 2-36D-224
> SAN DIEGO, CA 92186-5443

AMOUNT: $26.89

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [ X ]DEBTOR     [ X ]ATTORNEY     [ X ]PAYEE

DATED: October 30, 2024

Karen Aviles  _Karen A._
Clerk for the Office of
MICHAEL KOCH, TRUSTEE

AHREN A TILLER #250608
BANKRUPTCY LAW CENTER
1230 COLUMBIA ST #1100
SAN DIEGO, CA 92101