# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:  EARLENE A. ADAMS                                                Case No.:  19-01787-CL13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael Koch, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  03/29/2019.
2) The plan was confirmed on  08/05/2019.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  09/08/2023, 09/05/2024.
5) The case was completed on  10/01/2024.
6) Number of months from filing or conversion to last payment:  67.
7) Number of months case was pending:  70.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  24,252.93.
10)  Amount of unsecured claims discharged without full payment:  154,690.54.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $14,844.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $14,844.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,340.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,402.21 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,742.21 |
| Attorney fees paid and disclosed by debtor: | $1,700.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP | Unsecured | 3,769.00 | 4,029.71 | 4,029.71 | 255.23 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 1,634.57 | 1,634.57 | 103.53 | .00 |
| DEPARTMENT OF EDUCATION / MOHEL | Unsecured | 93,665.00 | 107,362.03 | 107,362.03 | 6,800.10 | .00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 2,730.00 | 2,837.13 | 2,837.13 | 179.70 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 14,505.00 | 1,384.50 | 1,384.50 | 87.69 | .00 |
| MUFG UNION BANK NA | Unsecured | 912.01 | 1,009.97 | 1,009.97 | 63.94 | .00 |
| NAVY FEDERAL CREDIT UNION ^ | Other | 1,873.03 | 1,391.57 | 1,391.57 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION ^ | Unsecured | NA | 15,403.94 | 15,403.94 | 975.41 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 3,747.00 | 5,095.37 | 5,095.37 | 322.71 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 6,097.00 | 6,178.51 | 6,178.51 | 388.95 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 4,813.00 | 4,122.46 | 4,122.46 | 261.11 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 2,146.00 | 2,373.54 | 2,373.54 | 150.34 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 607.00 | 894.92 | 894.92 | 56.68 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re: EARLENE A. ADAMS                                                                 Case No.: 19-01787-CL13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Unsecured | 1,716.00 | 2,140.88 | 2,140.88 | 135.60 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,802.00 | 1,965.94 | 1,965.94 | 124.52 | .00 |
| THE HOME DESIGN | Unsecured | 5,260.00 | NA | NA | .00 | .00 |
| US BANK | Unsecured | 2,938.00 | 3,104.12 | 3,098.86 | 196.28 | .00 |
| VACATION VILLAGE RESORTS | Other | 11,000.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 160,923.90 | 10,101.79 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $4,742.21 | |
| Disbursements to Creditors: | $10,101.79 | |
| **TOTAL DISBURSEMENTS:** | | $14,844.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/27/2025                     By: /s/Michael Koch
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

United States Bankruptcy Court
Southern District of California

In re: Case No. 19-01787-CL
Earlene A. Adams Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 3
Date Rcvd: Jan 28, 2025      Form ID: pdf902      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Earlene A. Adams, 3930 Kristina Lynn Avenue, North Las Vegas, NV 89081-6698 |
| 14567090 | | FedLoan, Department of Education, PO Box 530210, Atlanta, GA 30353-0210 |
| 14573621 | + | MUFG Union Bank, P.O. Box 85443, 2-36D-229, San Diego, CA 92186-5443 |
| 14567093 | + | MUFG Union Bank, 87 Church St., Naugatuck, CT 06770-4111 |
| 14567094 | + | Nathanial Adams, PO Box 23251, San Diego, CA 92193-3251 |
| 14567095 | + | Nathaniel Adams, 3355 Ruffin Road # D2, San Diego, CA 92123-4034 |
| 14567101 | | Union Bank, East Village 0012, PO Box 512380, Los Angeles, CA 90051-0380 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14567086 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 23:48:39 | Best Buy / CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14585997 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 23:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14567087 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 23:47:56 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14567088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 23:46:48 | CitiCards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14567089 | | Email/Text: mrdiscen@discover.com | Jan 28 2025 23:27:00 | Discover Fincl Svc LLC, PO BOX 15316, Wilmington, DE 19850-5316 |
| 14571192 | | Email/Text: mrdiscen@discover.com | Jan 28 2025 23:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14567091 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 28 2025 23:28:00 | Franchise Tax Board, MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 14567092 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2025 23:27:00 | Internal Revenue Service, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 15134636 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2025 23:28:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14595018 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 23:47:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103619 | | Email/Text: EBN@Mohela.com | Jan 28 2025 23:27:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14598814 | + | Email/Text: bncmail@w-legal.com | Jan 28 2025 23:28:00 | MUFG Union Bank, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

Case 19-01787-CL13    Filed 01/28/25    Entered 01/30/25 21:12:50    Doc 63    Pg. 4 of 5

District/off: 0974-3                              User: Admin.                              Page 2 of 3
Date Rcvd: Jan 28, 2025                      Form ID: pdf902                         Total Noticed: 31

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 400, SEATTLE, WA 98121-3132 |
| 14579444 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 28 2025 23:28:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRFIELD VA 22119-3000 |
| 14567096 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 28 2025 23:28:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 14598711 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 23:48:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14569457 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 23:48:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14567097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 23:48:00 | Sears/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14567098 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 23:47:56 | Syncb/JCPenney, c/o P.O. Box 965007, Orlando, FL 32896-0001 |
| 14567099 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 23:47:56 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14567100 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 23:46:27 | Synchrony Bank/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 14602234 | ^ | MEBN | Jan 28 2025 23:23:51 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15026163 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2025 23:28:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14567102 | + | Email/Text: karchard@vacationvillageresorts.com | Jan 28 2025 23:27:00 | Vacation Village Resorts, 2626 E. Oakland Park Blvd., Fort Lauderdale, FL 33306-1603 |
| 14598099 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 23:48:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15148696 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025              Signature:       /s/Gustava Winters

| District/off: 0974-3 | User: Admin. | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: pdf902 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ahren A. Tiller | on behalf of Debtor Earlene A. Adams ahren.tiller@blc-sd.com brett.bodie@blc-sd.com;Polo@blc-sd.com;kreyes@blc-sd.com;cdavis@blc-sd.com;ecf.blcsd@gmail.com;Mbrown@blc-sd.com; Nicole@blc-sd.com;Don@blc-sd.com;4436097420@filings.docketbird.com |
| Michael Koch | mkoch@ch13.sdcoxmail.com admin@ch13.sdcoxmail.com;mkoch13@ecf.epiqsystems.com;trusteeCASBDS@ecf.epiqsystems.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3